THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
LEAH S. STRICKLAND [SBN 265724]
lstrickland@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for MIDLAND CREDIT MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DON HEARNE,<br><br>  Plaintiff,<br><br>  v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.; and DOES 1 to 10, inclusive,<br><br>  Defendants. | Case No. 8:14-cv-00116 CJC-DFMx<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE STATUS CONFERENCE**<br><br>Hearing Date: March 12, 2014<br>Hearing Time: 10:00 a.m.<br><br>Trial Judge:<br>Hon. Cormac J. Carney<br><br>Magistrate Judge:<br>Hon. John E. McDermott |

**PLEASE TAKE NOTICE** that Plaintiff and Defendant (the "Parties") have reached a settlement in principle and respectfully request the Court to vacate the status conference scheduled for March 12, 2014 at 10:00 a.m.

On March 4, 2014, the Court scheduled a status conference for March 12, 2014 at 10:00 a.m. (Docket No. 8.) After receiving the Court's Notice of Status Conference, the Parties discussed the case, and agreed to a settlement in principle. The settlement requires the execution of a settlement agreement and will result in the dismissal of the action with prejudice. Given their settlement in principle, the Parties wish to minimize the time and expense associated with the further litigation

of this matter.  Accordingly, the Parties respectfully request the Court vacate the March 12, 2014 status conference.  The Parties anticipate needing approximately 45 days to document and perform the settlement agreement, including dismissing the action with prejudice.

DATED:  March 10, 2014            PRICE LAW GROUP, APC

By: s/ G. Thomas Martin, III
G. THOMAS MARTIN, III
Attorneys for Plaintiff Don Hearne

DATED:  March 10, 2014            SOLOMON WARD SEIDENWURM & SMITH, LLP

By: s/ Thomas F. Landers
THOMAS F. LANDERS
LEAH S. STRICKLAND
Attorneys for MIDLAND CREDIT MANAGEMENT, INC.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to G. Thomas Martin, III, and I have obtained his authorization to affix his signature to this document.

DATED: March 10, 2014

SOLOMON WARD SEIDENWURM & SMITH, LLP

By: s/THOMAS F. LANDERS
THOMAS F. LANDERS
LEAH S. STRICKLAND
Attorneys for Defendants MIDLAND FUNDING, LLC and MIDLAND CREDIT MANAGEMENT, INC.

# CERTIFICATE OF SERVICE

I hereby certify I served the foregoing document entitled Notice of Settlement and Request to Vacate Status Conference, 8:14-cv-00116-CJC-DFM, on March 10, 2014:

BY CM/ECF NOTICE OF ELECTRONIC FILING:  I electronically filed the documents with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Counsel representing the parties to this action are registered users of the CM/ECF system.

Attorney for Plaintiff Don Hearne

G. Thomas Martin, III
PRICE LAW GROUP, APC
15760 Ventura Blvd., Suite 1100
Encino, CA  91436

818-907-2030
818-205-3730
tom@plglawfirm.com

DATED:  March 10, 2014            s/THOMAS F. LANDERS